BRADLEY R. BOWLES (# 202722)
NATHANIEL B. DUNCAN (# 254639)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300
Facsimile:  (925) 935-0371
Email:  bbowles@bowlesverna.com

Attorneys for Plaintiff
ANDREA RESNICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE, INC.; INTERNATIONAL RIVERCENTER, LLC; HARBOR DRIVE COMPANY, LLC; HILTON NEW ORLEANS, LLC; AND DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.:  10-CV-02461-SC<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO MEDIATE CASE |

　　　　Plaintiff Andrea Resnick and Defendants HILTON WORLDWIDE, INC.; INTERNATIONAL RIVERCENTER, LLC; HARBOR DRIVE COMPANY, LLC; and HILTON NEW ORLEANS, LLC hereby jointly apply by stipulation for an extension of time to mediate this matter.  The current deadline to complete mediation was November 29, 2010.  However, due to conflicts in the mediator's schedule the parties were unable to schedule the pre-mediation teleconference until November 4, 2010.  At this conference, it was found that the first mediation date available for the parties and the mediator is December 13, 2010.  Mediation is currently scheduled for this date.

　　　　Therefore, the parties jointly apply by stipulation to extend the deadline to mediate this matter until December 15, 2010 and respectfully ask that the Court approve this stipulation.

\\

IT IS SO STIPULATED.

Dated: November 5, 2010

BOWLES & VERNA, LLP

By: _____
NATHANIEL B. DUNCAN
Attorneys for Plaintiff
ANDREA RESNICK

IT IS SO STIPULATED.

Dated: November 5, 2010

DONAHUE, BATES, BLAKEMORE & MACKEY

By: _____
DAVID L. WINTER
Attorneys for Defendants
HILTON WORLDWIDE, INC.;
INTERNATIONAL RIVERCENTER, LLC;
HARBOR DRIVE COMPANY, LLC; and
HILTON NEW ORLEANS, LLC

IT IS SO ORDERED.

Dated: November 8, 2010.

_____
THE HONORABLE
SENIOR JUDGE UNITED STATES
DISTRICT COURT NORTHERN DISTRICT
OF CALIFORNIA

*IT IS SO ORDERED — Judge Samuel Conti*