BRADLEY R. BOWLES (# 202722)
NATHANIEL B. DUNCAN (# 254639)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: bbowles@bowlesverna.com

Attorneys for Plaintiff
ANDREA RESNICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE, INC.;<br>INTERNATIONAL RIVERCENTER, LLC;<br>HARBOR DRIVE COMPANY, LLC; HILTON<br>NEW ORLEANS, LLC; AND DOES 1-20,<br>INCLUSIVE,<br><br>　　　　　Defendants. | **CASE NO.: 10-CV-02461-SC**<br><br>**STIPULATED DISMISSAL, WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATED DISMISSAL, WITH PREJUDICE,

Pursuant to FRCP 41(a)(1)(A)(ii), the parties to this action, through their undersigned counsel of record, hereby stipulate and agree that this matter be dismissed in its entirety, with prejudice, with each party to bear its own fees and costs.

(Signatures on the following page.)

1  IT IS SO STIPULATED.

2  Dated: January 4, 2011               BOWLES & VERNA, LLP

3

4                                        By: _____

5                                        NATHANIEL B. DUNCAN
                                         Attorneys for Plaintiff
6                                        ANDREA RESNICK

7

8  IT IS SO STIPULATED.

   Dated: January 4, 2011               DONAHUE, BATES, BLAKEMORE & MACKEY
9

10

11                                       By: _____

                                         DAVID L. WINTER
12                                       Attorneys for Defendants
                                         HILTON WORLDWIDE, INC.;
13                                       INTERNATIONAL RIVERCENTER, LLC;
                                         HARBOR DRIVE COMPANY, LLC; and
14                                       HILTON NEW ORLEANS, LLC

15

16 IT IS SO ORDERED.

17 Dated: January 6, 2011
                                         _____
18                                       THE HONORABLE SAMUEL CONTI
                                         SENIOR JUDGE, UNITED STATES
19                                       DISTRICT COURT, NORTHERN DISTRICT
                                         OF CALIFORNIA

20

21

22

23

24

25

26

27

28